# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BENJAMIN, RYAN N. | § | Case No. 14-31381 DRC |
| BENJAMIN, MEGANNE M. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/27/2014 . The undersigned trustee was appointed on 08/27/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $       26,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 29.15 |
| Bank service fees | 884.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 25,085.86 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/14/2015 and the deadline for filing governmental claims was 01/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,350.00 , for a total compensation of $ 3,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.79 , for total expenses of $ 6.79 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/08/2016        By:/s/GINA B. KROL
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-31381 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | |
| | BENJAMIN, MEGANNE M. | | |
| For Period Ending: | 11/08/16 | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 08/27/14 (f) |
| 341(a) Meeting Date: | 09/30/14 |
| Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 2238 STACY CR., MONTGOMERY IL 60538 DEBT | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | 0.00 | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 Location: 2238 Stacy Cr., Montgomery IL 60538 | | | | | |
| 3. FINANCIAL ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| Checking account at Chase Bank ending in #8295 | | | | | |
| 4. FINANCIAL ACCOUNTS | 38.00 | 0.00 | | 0.00 | FA |
| Checking account at CitiBank ending in #6023 | | | | | |
| 5. FINANCIAL ACCOUNTS | 25.00 | 0.00 | | 0.00 | FA |
| Savings account at CitiBank ending in #6031 | | | | | |
| 6. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Checking account at Bank of America ending in #8531 | | | | | |
| 7. FINANCIAL ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| Savings account at Bank of America ending in #8544 | | | | | |
| 8. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Standard Furniture including couch, recliner, armoire, dining set, bedroom sets/beds, piano, treadmill/bowflex, kitchen accessories, TVs (3), pool table, computer/printer. Most items over 5years old and heavily used. | | | | | |
| 9. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Prints of no significant value | | | | | |
| 10. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 Location: 2238 Stacy Cr., Montgomery IL 60538 Wearing apparel for 2 adults and 2 children | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-31381   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | Date Filed (f) or Converted (c): | 08/27/14 (f) |
| | BENJAMIN, MEGANNE M. | 341(a) Meeting Date: | 09/30/14 |
| | | Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. FURS AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Location: 1507 62nd St., Downers Grove IL 60516 Costume jewelry, watches and wedding bands | | | | | |
| 12. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Sporting goods | | | | | |
| 13. PENSION / PROFIT SHARING | 135,000.00 | 0.00 | | 0.00 | FA |
| 401K at Hewitt Resources (McDonalds Corp) | | | | | |
| 14. PENSION / PROFIT SHARING | 35,000.00 | 0.00 | | 0.00 | FA |
| 401K with Great Western Financial (Career Education Corp.) | | | | | |
| 15. PENSION / PROFIT SHARING | 6,950.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in 1597 | | | | | |
| 16. PENSION / PROFIT SHARING | 1,597.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #3857 | | | | | |
| 17. PENSION / PROFIT SHARING | 2,750.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #0187 | | | | | |
| 18. PENSION / PROFIT SHARING | 2,586.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #7983 | | | | | |
| 19. PENSION / PROFIT SHARING | 13,864.00 | 0.00 | | 0.00 | FA |
| Traveler's 401K plan ending in #050 | | | | | |
| 20. PENSION / PROFIT SHARING | 4,300.00 | 0.00 | | 0.00 | FA |
| Second Traveler's 401K | | | | | |
| 21. GENERAL INTANGIBLES | 8,500.00 | 20,160.00 | | 20,160.00 | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 2 Chicago Bears personal seat licences for Section 114, Row 13, seats 11 & 12 purchased jointly with Father. Bears PSL marketplace shows average of about | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page: 3

| Case No: | 14-31381 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | | Date Filed (f) or Converted (c): | 08/27/14 (f) |
| | BENJAMIN, MEGANNE M. | | | 341(a) Meeting Date: | 09/30/14 |
| | | | | Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $8,500 to $9,000 per seat license. | | | | | |
| 22. VEHICLES | 1,500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 2003 Honda Odyssey ExL with 150,000 miles | | | | | |
| 23. VEHICLES | 26,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 2013 Ford Escape SEL with 16,000 miles | | | | | |
| 24. VEHICLES | 4,750.00 | 4,100.00 | | 4,100.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 1968 Buick GS with 60,000 miles owned with Father. | | | | | |
| 25. ANIMALS | 50.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Family Dog. No stud or show value. | | | | | |
| 26. OTHER MISCELLANEOUS | 1,450.00 | 1,740.00 | | 1,740.00 | FA |
| Chicago Bears season ticket for one seat pursuant to personal seat license listed above. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $441,860.00 | $26,000.00 | | $26,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to determine value of claim #3 set for 11/4/16; TFR to follow

October 11, 2016, 12:49 pm

Case 14-31381 Doc 38 Filed 11/22/16 Entered 11/22/16 11:47:41 Desc Main
Document Page 6 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-31381 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | BENJAMIN, RYAN N. | Date Filed (f) or Converted (c): 08/27/14 (f) |
| | BENJAMIN, MEGANNE M. | 341(a) Meeting Date: 09/30/14 |
| | | Claims Bar Date: 01/14/15 |

Trustee to review claims and prepare TFR
October 08, 2015, 12:19 pm

Debtor has Bears PSL and season tix
October 01, 2014, 04:48 pm

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 02/15/17

/s/     GINA B. KROL
_____     Date: 11/08/16
        GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-31381 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | Bank Name: | ASSOCIATED BANK |
| | BENJAMIN, MEGANNE M. | | Account Number / CD #: | *******7681 Checking Account |
| Taxpayer ID No: | *******0913 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/14 | 26 | Carol Benjamin<br>Robert Benjamin<br>1507 62nd Street<br>Downers Grove, IL 6-0516 | Bears Tickets | 1129-000 | 290.00 | | 290.00 |
| 11/10/14 | * NOTE * | Ryan Benjamin | Sale of Assets<br>* NOTE *  Properties 21, 24, 26 | 1129-000 | 25,710.00 | | 26,000.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.30 | 25,973.70 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.61 | 25,935.09 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.56 | 25,896.53 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 14.80 | 25,881.73 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.77 | 25,846.96 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.42 | 25,808.54 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 25,771.41 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.31 | 25,733.10 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.02 | 25,696.08 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.20 | 25,657.88 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.15 | 25,619.73 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.86 | 25,582.87 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.03 | 25,544.84 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.75 | 25,508.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.92 | 25,470.17 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.87 | 25,432.30 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Acct #10BSBGR6291 | 2300-000 | | 14.35 | 25,417.95 |
| | | | Page Subtotals | | 26,000.00 | 582.05 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-31381 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | Bank Name: | ASSOCIATED BANK |
| | BENJAMIN, MEGANNE M. | | Account Number / CD #: | *******7681 Checking Account |
| Taxpayer ID No: | *******0913 | | | |
| For Period Ending: | 11/08/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.37 | 25,382.58 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.74 | 25,344.84 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.47 | 25,308.37 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.62 | 25,270.75 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.36 | 25,234.39 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.52 | 25,196.87 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.46 | 25,159.41 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.20 | 25,123.21 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.35 | 25,085.86 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 26,000.00 | 914.14 | 25,085.86 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 26,000.00 | 914.14 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 26,000.00 | 914.14 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7681 | 26,000.00 | 914.14 | 25,085.86 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 26,000.00 | 914.14 | 25,085.86 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 332.09

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 08, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 14-31381<br>Debtor Name: BENJAMIN, RYAN N. | | Priority Sequence | | Joint Debtor: BENJAMIN, MEGANNE M. | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $3,356.79 | $3,356.79 |
| ADMIN<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $2,608.52 | $2,608.52 |
| 000003<br>050<br>4210-00 | Wells Fargo Financial National Bank<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Secured | order entered; claim value $0.00 | $0.00 | $1,971.17 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,681.00 | $11,681.00 |
| 000002<br>070<br>7100-00 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN, PINSON AND<br>RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $3,047.85 | $3,047.85 |
| 000004<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $5,281.00 | $5,281.00 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $55,425.92 | $55,425.92 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $14.80 | $14.80 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $14.35 | $14.35 |

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                                                      Printed: 11/08/16 02:22 PM    Ver: 19.06b

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 08, 2016 |

Case Number: 14-31381  
Debtor Name: BENJAMIN, RYAN N.   Joint Debtor: BENJAMIN, MEGANNE M.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $83,401.40 | $81,430.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-31381 DRC
Case Name: BENJAMIN, RYAN N.
    BENJAMIN, MEGANNE M.
Trustee Name: GINA B. KROL

   Balance on hand             $   25,085.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Wells Fargo Financial National Bank<br>Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | $ 1,971.17 | $ 0.00 | $ 0.00 | $ 0.00 |

  Total to be paid to secured creditors        $    0.00

  Remaining Balance              $   25,085.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| Trustee Expenses: GINA B. KROL | $ 6.79 | $ 0.00 | $ 6.79 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,591.50 | $ 0.00 | $ 2,591.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 17.02 | $ 0.00 | $ 17.02 |
| Other: Adams Levine Surety Bond Agency | $ 14.80 | $ 14.80 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 14.35 | $ 14.35 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      5,965.31

Remaining Balance      $      19,120.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,435.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $  11,681.00 | $  0.00 | $  2,960.76 |
| 000002 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $  3,047.85 | $  0.00 | $  772.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 5,281.00 | $ 0.00 | $ 1,338.56 |
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 55,425.92 | $ 0.00 | $ 14,048.70 |
| | Total to be paid to timely general unsecured creditors | | | $ 19,120.55 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE