IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **RYAN BENJAMIN** | ) | No. 14B 31381 |
| **MEGANNE BENJAMIN** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 22, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                                    Ch 7 Bankruptcy Trustee

Service List:

Wells Fargo Financial National Bank
Wells Fargo Bank NA
P.O. Box 10438
Des Moines, IA   50306-0438

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH   43054-3025

USAA Federal Savings Bank
c/o Weinstein, Pinson & Riley, PS
2001 Western Avenue
Ste 400
Seattle, WA   98121

Capital Recovery V, LLC
c/o Receovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

PYOD, LLC its successors and assigns as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Kent Gaertner
kgaertner@springerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov