UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BENJAMIN, RYAN N. § Case No. 14-31381 DRC
BENJAMIN, MEGANNE M. §
 §
 Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    JEFFREY P. ALLSTEADT
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/16/2016 in Courtroom 240,
    Kane County Courthouse
    100 S Third Street
    Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2016    By: Gina B. Krol
                  Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| BENJAMIN, RYAN N. | § | Case No. 14-31381 DRC |
| BENJAMIN, MEGANNE M. | § | |
| | § | |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 26,000.00 |
| and approved disbursements of | $ | 914.14 |
| leaving a balance on hand of[1] | $ | 25,085.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000003 | Wells Fargo Financial National Bank Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 | $ 1,971.17 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 25,085.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| Trustee Expenses: GINA B. KROL | $ 6.79 | $ 0.00 | $ 6.79 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,591.50 | $ 0.00 | $ 2,591.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 17.02 | $ 0.00 | $ 17.02 |
| Other: Adams Levine Surety Bond Agency | $ 14.80 | $ 14.80 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 14.35 | $ 14.35 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 5,965.31

Remaining Balance     $ 19,120.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,435.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,681.00 | $ 0.00 | $ 2,960.76 |
| 000002 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 3,047.85 | $ 0.00 | $ 772.53 |
| 000004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 5,281.00 | $ 0.00 | $ 1,338.56 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 55,425.92 | $ 0.00 | $ 14,048.70 |

Total to be paid to timely general unsecured creditors        $        19,120.55

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                    Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-31381-DRC
Ryan N. Benjamin                                                        Chapter 7
Meganne M. Benjamin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton             Page 1 of 1             Date Rcvd: Nov 23, 2016
                              Form ID: pdf006             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db           +Ryan N. Benjamin,    1507 62nd St.,   Downers Grove, IL 60516-1707
jdb         #+Meganne M. Benjamin,    2238 Stacy Cr.,   Montgomery, IL 60538-5025
aty          +Cohen & Krol,   Cohen & Krol,   105 West Madison St 1100,   Chicago, IL 60602-4600
22509194     +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN, PINSON AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
22660321      Wells Fargo Financial National Bank,   Wells Fargo Bank NA,   PO Box 10438,
               Des Moines IA   50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22769711      E-mail/PDF: rmscedi@recoverycorp.com Nov 24 2016 02:38:01     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22492864      E-mail/Text: mrdiscen@discover.com Nov 24 2016 01:54:21     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
22794511     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 24 2016 01:45:13
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
              Christopher J Stasko    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@dandgpc.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
               com
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
               ;gsullivan@cohenandkrol.com
              Kent A Gaertner    on behalf of Debtor 2 Meganne M. Benjamin kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;iprice@springerbrown.com
              Kent A Gaertner    on behalf of Debtor 1 Ryan N. Benjamin kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;iprice@springerbrown.com
              Michael L Sherman    on behalf of Creditor   FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10