# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

In re:                                              §
                                                    §
BENJAMIN, RYAN N.                                   §          Case No. 14-31381 DRC
BENJAMIN, MEGANNE M.                                §
                                                    §
      Debtors                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 189,550.00<br>*(Without deducting any secured claims)* | Assets Exempt: 243,510.00 |
| Total Distributions to Claimants:  19,120.55 | Claims Discharged<br>Without Payment:  79,323.22 |
| Total Expenses of Administration:  6,879.45 | |

3) Total gross receipts of $ 26,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 26,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 251,364.00 | $ 1,971.17 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,879.45 | 6,879.45 | 6,879.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,381.00 | 75,435.77 | 75,435.77 | 19,120.55 |
| **TOTAL DISBURSEMENTS** | $ 348,745.00 | $ 84,286.39 | $ 82,315.22 | $ 26,000.00 |

4)  This case was originally filed under chapter 7 on  08/27/2014 .  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/10/2017              By:/s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| GENERAL INTANGIBLES | 1129-000 | 20,160.00 |
| VEHICLES | 1129-000 | 4,100.00 |
| OTHER MISCELLANEOUS | 1129-000 | 1,740.00 |
| TOTAL GROSS RECEIPTS | | $26,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage P.O. Box 66065 Dallas, TX 75266-0065 | | 157,420.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit P.O. Box 790093 Saint Louis, MO 63179 | | 26,000.00 | NA | NA | 0.00 |
| | Nationstar Mortgage 350 Highland Dr. Lewisville, TX 75067 | | 66,033.00 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 30667 Los Angeles, CA 90030-0667 | | 1,911.00 | NA | NA | 0.00 |
| 000003 | WELLS FARGO FINANCIAL NATIONAL BANK | 4210-000 | NA | 1,971.17 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 251,364.00** | **$ 1,971.17** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,350.00 | 3,350.00 | 3,350.00 |
| GINA B. KROL | 2200-000 | NA | 6.79 | 6.79 | 6.79 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 14.80 | 14.80 | 14.80 |
| ADAMS-LEVINE | 2300-000 | NA | 14.35 | 14.35 | 14.35 |
| ASSOCIATED BANK | 2600-000 | NA | 884.99 | 884.99 | 884.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3110-000 | NA | 1,727.68 | 1,727.68 | 1,727.68 |
| GINA KROL | 3110-000 | NA | 863.82 | 863.82 | 863.82 |
| COHEN & KROL | 3120-000 | NA | 17.02 | 17.02 | 17.02 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,879.45 | $ 6,879.45 | $ 6,879.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15049 Wilmington, DE 19850-5049 | | 20,402.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15049 Wilmington, DE 19850-5049 | | 2,606.00 | NA | NA | 0.00 |
| 000004 | CAPITAL RECOVERY V, LLC | 7100-900 | 5,256.00 | 5,281.00 | 5,281.00 | 1,338.56 |
| 000001 | DISCOVER BANK | 7100-900 | 11,554.00 | 11,681.00 | 11,681.00 | 2,960.76 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 54,633.00 | 55,425.92 | 55,425.92 | 14,048.70 |
| 000002 | USAA FEDERAL SAVINGS BANK | 7100-900 | 2,930.00 | 3,047.85 | 3,047.85 | 772.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 97,381.00 | $ 75,435.77 | $ 75,435.77 | $ 19,120.55 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-31381 DRC Judge: Donald R. Cassling | |
| Case Name: | BENJAMIN, RYAN N. | |
| | BENJAMIN, MEGANNE M. | |
| For Period Ending: | 01/10/17 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 08/27/14 (f) |
| 341(a) Meeting Date: | 09/30/14 |
| Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 2238 STACY CR., MONTGOMERY IL 60538 DEBT | 190,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 100.00 | 0.00 | | | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 Location: 2238 Stacy Cr., Montgomery IL 60538 | | | | | |
| 3. FINANCIAL ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| Checking account at Chase Bank ending in #8295 | | | | | |
| 4. FINANCIAL ACCOUNTS | 38.00 | 0.00 | | 0.00 | FA |
| Checking account at CitiBank ending in #6023 | | | | | |
| 5. FINANCIAL ACCOUNTS | 25.00 | 0.00 | | 0.00 | FA |
| Savings account at CitiBank ending in #6031 | | | | | |
| 6. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| Checking account at Bank of America ending in #8531 | | | | | |
| 7. FINANCIAL ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| Savings account at Bank of America ending in #8544 | | | | | |
| 8. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Standard Furniture including couch, recliner, armoire, dining set, bedroom sets/beds, piano, treadmill/bowflex, kitchen accessories, TVs (3), pool table, computer/printer. Most items over 5years old and heavily used. | | | | | |
| 9. BOOKS / COLLECTIBLES | 500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Prints of no significant value | | | | | |
| 10. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 Location: 2238 Stacy Cr., Montgomery IL 60538 Wearing apparel for 2 adults and 2 children | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 14-31381 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | | | Date Filed (f) or Converted (c): | 08/27/14 (f) |
| | BENJAMIN, MEGANNE M. | | | | 341(a) Meeting Date: | 09/30/14 |
| | | | | | Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. FURS AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Location: 1507 62nd St., Downers Grove IL 60516 Costume jewelry, watches and wedding bands | | | | | |
| 12. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Sporting goods | | | | | |
| 13. PENSION / PROFIT SHARING | 135,000.00 | 0.00 | | 0.00 | FA |
| 401K at Hewitt Resources (McDonalds Corp) | | | | | |
| 14. PENSION / PROFIT SHARING | 35,000.00 | 0.00 | | 0.00 | FA |
| 401K with Great Western Financial (Career Education Corp.) | | | | | |
| 15. PENSION / PROFIT SHARING | 6,950.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in 1597 | | | | | |
| 16. PENSION / PROFIT SHARING | 1,597.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #3857 | | | | | |
| 17. PENSION / PROFIT SHARING | 2,750.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #0187 | | | | | |
| 18. PENSION / PROFIT SHARING | 2,586.00 | 0.00 | | 0.00 | FA |
| IRA account at Bank of America ending in #7983 | | | | | |
| 19. PENSION / PROFIT SHARING | 13,864.00 | 0.00 | | 0.00 | FA |
| Traveler's 401K plan ending in #050 | | | | | |
| 20. PENSION / PROFIT SHARING | 4,300.00 | 0.00 | | 0.00 | FA |
| Second Traveler's 401K | | | | | |
| 21. GENERAL INTANGIBLES | 8,500.00 | 20,160.00 | | 20,160.00 | FA |
| Location: 1507 62nd St., Downers Grove IL 60516 2 Chicago Bears personal seat licences for Section 114, Row 13, seats 11 & 12 purchased jointly with Father.  Bears PSL marketplace shows average of about | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 14-31381 | DRC | Judge: Donald R. Cassling |
| --- | --- | --- | --- |
| Case Name: | BENJAMIN, RYAN N. | | |
| | BENJAMIN, MEGANNE M. | | |

| Trustee Name: | GINA B. KROL |
| --- | --- |
| Date Filed (f) or Converted (c): | 08/27/14 (f) |
| 341(a) Meeting Date: | 09/30/14 |
| Claims Bar Date: | 01/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $8,500 to $9,000 per seat license. | | | | | |
| 22. VEHICLES | 1,500.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 2003 Honda Odyssey ExL  with 150,000 miles | | | | | |
| 23. VEHICLES | 26,000.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 2013 Ford Escape SEL with 16,000 miles | | | | | |
| 24. VEHICLES | 4,750.00 | 4,100.00 | | 4,100.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 1968 Buick GS with 60,000 miles owned with Father. | | | | | |
| 25. ANIMALS | 50.00 | 0.00 | | 0.00 | FA |
| Location: 2238 Stacy Cr., Montgomery IL 60538 Family Dog.  No stud or show value. | | | | | |
| 26. OTHER MISCELLANEOUS | 1,450.00 | 1,740.00 | | 1,740.00 | FA |
| Chicago Bears season ticket for one seat pursuant to personal seat license listed above. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $441,860.00 | $26,000.00 | | $26,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 11/22/16 January 09, 2017, 09:27 am

Motion to determine value of claim #3 set for 11/4/16; TFR to follow

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-31381   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BENJAMIN, RYAN N. | Date Filed (f) or Converted (c): | 08/27/14 (f) |
| | BENJAMIN, MEGANNE M. | 341(a) Meeting Date: | 09/30/14 |
| | | Claims Bar Date: | 01/14/15 |

October 11, 2016, 12:49 pm

Trustee to review claims and prepare TFR

October 08, 2015, 12:19 pm

Debtor has Bears PSL and season tix

October 01, 2014, 04:48 pm

Initial Projected Date of Final Report (TFR): 03/31/15        Current Projected Date of Final Report (TFR): 02/15/17

/s/    GINA B. KROL

_____ Date: 01/10/17

GINA B. KROL

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 14-31381 -DRC | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BENJAMIN, RYAN N. | | | Bank Name: | ASSOCIATED BANK |
| | BENJAMIN, MEGANNE M. | | | Account Number / CD #: | *******7681  Checking Account |
| Taxpayer ID No: | *******0913 | | | | |
| For Period Ending: | 01/10/17 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/14 | 26 | Carol Benjamin | Bears Tickets | 1129-000 | 290.00 | | 290.00 |
| | | Robert Benjamin | | | | | |
| | | 1507 62nd Street | | | | | |
| | | Downers Grove, IL 6-0516 | | | | | |
| 11/10/14 | * NOTE * | Ryan Benjamin | Sale of Assets | 1129-000 | 25,710.00 | | 26,000.00 |
| | | | * NOTE *  Properties 21, 24, 26 | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.30 | 25,973.70 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.61 | 25,935.09 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.56 | 25,896.53 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 14.80 | 25,881.73 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.77 | 25,846.96 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.42 | 25,808.54 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 25,771.41 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.31 | 25,733.10 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.02 | 25,696.08 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.20 | 25,657.88 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.15 | 25,619.73 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.86 | 25,582.87 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.03 | 25,544.84 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.75 | 25,508.09 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.92 | 25,470.17 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.87 | 25,432.30 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 14.35 | 25,417.95 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |

Page Subtotals          26,000.00          582.05

Ver: 19.06c

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-31381 -DRC |
| Case Name: | BENJAMIN, RYAN N. |
| | BENJAMIN, MEGANNE M. |
| Taxpayer ID No: | *******0913 |
| For Period Ending: | 01/10/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7681  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY  10017 | | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 35.37 | 25,382.58 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 37.74 | 25,344.84 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 36.47 | 25,308.37 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 37.62 | 25,270.75 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 36.36 | 25,234.39 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 37.52 | 25,196.87 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 37.46 | 25,159.41 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 36.20 | 25,123.21 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 37.35 | 25,085.86 |
| 12/16/16 | 030003 | GINA B. KROL | Final Distribution | | | | 3,356.79 | 21,729.07 |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 3,350.00 | 2100-000 | | | |
| | | | Expenses | 6.79 | 2200-000 | | | |
| 12/16/16 | 030004 | Gina Krol | Final Distribution | | 3110-000 | | 863.82 | 20,865.25 |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| 12/16/16 | 030005 | Cohen & Krol | Final Distribution | | | | 1,744.70 | 19,120.55 |
| | | Attorneys for Trustee | | | | | | |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 1,727.68 | 3110-000 | | | |
| | | | Expenses | 17.02 | 3120-000 | | | |
| 12/16/16 | 030006 | Discover Bank | Final Distribution | | 7100-900 | | 2,960.76 | 16,159.79 |
| | | DB Servicing Corporation | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 9,258.16 |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-31381 -DRC |
| Case Name: | BENJAMIN, RYAN N. |
| | BENJAMIN, MEGANNE M. |
| Taxpayer ID No: | *******0913 |
| For Period Ending: | 01/10/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7681  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 12/16/16 | 030007 | USAA FEDERAL SAVINGS BANK | Final Distribution | 7100-900 | | 772.53 | 15,387.26 |
| | | C O WEINSTEIN, PINSON AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 12/16/16 | 030008 | Capital Recovery V, LLC | Final Distribution | 7100-900 | | 1,338.56 | 14,048.70 |
| | | c/o Recovery Management Systems Corporat | (4-1) CARECREDIT/SYNCHRONY BANK | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 12/16/16 | 030009 | PYOD, LLC its successors and assigns as | Final Distribution | 7100-900 | | 14,048.70 | 0.00 |
| | | assignee | | | | | |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | 26,000.00 | 26,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 26,000.00 | 26,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 26,000.00 | 26,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7681 | 26,000.00 | 26,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 26,000.00 | 26,000.00 | 0.00 |
| | =========== | =========== | =========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 16,159.79 |

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2                                                                                                                Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                    Exhibit 9

| | |
|---|---|
| Case No: | 14-31381 -DRC |
| Case Name: | BENJAMIN, RYAN N. |
| | BENJAMIN, MEGANNE M. |
| Taxpayer ID No: | *******0913 |
| For Period Ending: | 01/10/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7681 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *********7681

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*